JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __SACV 08-00680-JVS(RNBx)__ Date __October 25, 2010__

Title: __Walter Herrador v. Culligan International Compnay, et al.__

Present: The Honorable __JAMES V. SELNA__

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Not Present

Attorneys Present for Defendants:

Not Present

Proceedings:  ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated __August 4, 2010__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __MAKE JS-6__

☐ Entered _____.

Initials of Preparer __kjt__